IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOWARD LANGFORD, | ) | 8:09CV169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALEGENT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Renewed Motion to Enlarge Progression Order deadlines. (Filing No. 44.) The defendant does not oppose an extension of the Order Setting Schedule for Progression of Case. (Filing No. 49.) For good cause shown, the motion is granted and the progression deadlines are modified as set forth below.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Renewed Motion to Enlarge Progression Order deadlines (filing no. 44) is granted.

2. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **August 11, 2010.** All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **June 11, 2010.**

3. Motions to compel discovery shall be filed on or before **August 11, 2010.** The parties must comply with the provisions of NECivR 7.0.1 before filing a motion to compel.

4. Dispositive Motions. All dispositive motions shall be filed on or before **September 10, 2010.** The parties must comply with the provisions of NECivR 7.0.1 and NECivR 56.1 when filing summary judgment motions.

5. Pretrial Conference.

   a. The defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the order. The order should be submitted to the plaintiff and to any other parties by **November 10, 2010.** The plaintiff shall provide additions and/or proposed deletions to the defense counsel by **November 24, 2010.** The defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **December 8, 2010.** If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

   b. The Final Pretrial Conference will be held before Magistrate Judge Zwart on **December 16, 2010 at 11:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

   c. If a plaintiff is held in an institution, the pretrial conference will

be by telephone. In that case, the defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

6. The trial date will be set by Magistrate Judge Zwart at the time of the Final Pretrial Conference.

7. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Cheryl Zwart to be held on December 16, 2010.

DATED this 12th day of May, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.