IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOWARD LANGFORD, | ) | 8:09CV169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALEGENT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff, Howard Langford, and the defendant, Alegent Health's, Stipulation for Dismissal. (Filing No. 72.) The parties have stipulated and agreed to dismissal with prejudice. I accept the Stipulation.

IT IS THEREFORE ORDERED that:

1. In accordance with the parties' Stipulation for Dismissal, this matter is dismissed with prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated July 19, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge